UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | LA CR05-00082 JAK |
| Date | June 20, 2024 |

Present: The Honorable John A. Kronstadt, United States District Judge

Interpreter

| Holidae Crawford | Amy Diaz | Robert Quealy |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Christopher Taylor | X | | X | J. Alejandro Barrientos, DFPD | X | | X |

**Proceedings:** **PETITION ON PROBATION AND SUPERVISED RELEASE (DKT. 88, 124)**

The hearing is held. Daniel Jackson, U.S. Probation Officer, is also present. The Court and counsel confer. For reasons stated on the record, the Court grants Defendant's Motion to Dismiss for Lack of Jurisdiction (Dkt. 126). The alleged violations did not occur during the current period of Supervised Release.

Bond is exonerated.

**IT IS SO ORDERED.**

: 05

Initials of Deputy Clerk   HC

cc: USPO